1 | Kristin K. Mayes
Attorney General
2 | Firm State Bar No. 14000

3 | Ann Hobart, Bar No. 019129
Lawrence V. Robertson, Jr., Bar No. 001709
4 | Assistant Attorneys General
2005 N. Central Avenue
5 | Phoenix, Arizona 85004
Telephone   (602) 542-8347
6 |                 (520) 628-6542
Facsimile    (602) 542-7644
7 | Ann.Hobart@azag.gov
Lawrence.RobertsonJr@azag.gov
8 | EmploymentLaw@azag.gov
Attorneys for Defendant Arizona State Hospital

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Matthew Phillip Solan, | Case No: CV-20-02209-PHX-JJT (MHB) |
|---|---|
| Plaintiff, | **NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF MATTHEW SOLAN** |
| vs. | |
| Arizona State Hospital, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition will be taken by video recording and upon oral examination of the person whose name is stated below at the time and place stated below before an officer authorized by law to administer oaths, and will continue until it has been completed.

PERSON TO BE EXAMINED:   **Matthew Solan**

DATE OF DEPOSITION:   **Friday, January 27, 2023**

TIME OF DEPOSITION:   **9:00 a.m.**

PLACE OF DEPOSITION:   **Arizona State Hospital**
**2500 E. Van Buren Street**
**Phoenix, Arizona  85008**

In accordance with the Americans with Disabilities Act, qualified individuals with disabilities who require auxiliary aids or services for effective communication during this proceeding should contact the undersigned Assistant Attorney General to make known their needs and preferences at least three (3) judicial days in advance of the scheduled proceeding.

Respectfully submitted this 12th day of January, 2023.

    Kristin K. Mayes
    Attorney General

    /s/  Ann Hobart
    Ann Hobart
    Lawrence V. Robertson, Jr.
    Assistant Attorneys General
    Attorneys for Defendant Arizona State Hospital

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing this 12th day of January, 2023, and service on:

Holly Gieszl
The Gieszl Firm
3200 N. Central Avenue, Suite 1500
Phoenix, AZ  85012
holly@gieszlfirm.com
Attorney for Plaintiff

COPY of the foregoing emailed this 12th day of January, 2023, to:

Coash & Coash
1802 N. 7th Street
Phoenix, AZ  85006
scheduling@coashandcoash.com


/s/      Deb Sawyer
#10930194

2