**THE GIESZL FIRM**
3200 N. CENTRAL AVE. SUITE 1500
PHOENIX, AZ 85012
T - 602-277-0772

Holly R. Gieszl, 013845
holly@gieszlfirm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Philip Solan,<br><br>     Plaintiff,<br><br>vs.<br><br>The Arizona State Hospital, et al.,<br><br>     Defendants. | Case No. CV20-02209- PHX-JJT (MHB)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

By and through counsel below, and pursuant to Rule 41(a)(1)(A)(ii), the parties agree and stipulate for dismissal of this matter with prejudice, each party to bear its own coasts and fees, on the basis that Plaintiff's service dog, "Foxy", passed away and the matter therefore is moot.

Dated this 26th day of January 2023.
*/s/ Holly R. Gieszl*
Holly R. Gieszl
Counsel for Plaintiff

Dated this 26th day of January 2023.
*/s/ Ann Hobart (w/permission)*
Ann Hobart
Counsel for Defendants

-2-

**CERTIFICATE OF SERVICE**

Above filed this 26th day of January 2023 through the Court's ECF filing system.

THE GIESZL FIRM
3200 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
602-277-0772

-2-