# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Phillip Solan, | No. CV-20-02209-PHX-JJT (MHB) |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona State Hospital, | |
| Defendant. | |

UPON review of the parties' Stipulation for Dismissal with Prejudice (Doc. 94), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 94). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 27th day of January, 2023.

Honorable John J. Tuchi
United States District Judge